**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00277-CV

### IN RE EUI-TAK SHIN AND BITRO CORPORATION, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03081-2013**

## ORDER

On March 14, 2016, relators notified the Court that the parties in this case have resolved the mandamus proceeding. Relators stated that final agreements were to be executed on or before March 31, 2016. To date, relators have not filed a motion to dismiss the petition for writ of mandamus. We **ORDER** relators to file within five days of the date of this order either a motion to dismiss the petition for writ of mandamus or a status report.


/s/  MOLLY FRANCIS
    JUSTICE